| | |
|---|---|
| **REQUESTOR'S NAME:** | Dana Faith Travis 245316 |
| **ADDRESS:** | 4275 Lemon St. Ste 201<br>Riverside, CA 92501 |
| **TELEPHONE NO.:** | 951-274-9501 Fax: 951-778-9621 |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>Daniel Rubio, Jr<br>Sofia Rubio | CASE NO.: 6:13-bk-21706MJ<br><br>Chapter 7 ☒    11 ☐    13 ☐<br><br>**CHANGE OF ADDRESS**<br><br>☒ DEBTOR         **CHECK ONLY ONE**<br>☐ CREDITOR |
|---|---|

(Please print or type)

NAME: Daniel Rubio, Jr / Sofia Rubio

NEW MAILING ADDRESS: 29333 Lakeview Ave.

Nuevo, CA 92567

Dated:    August 12, 2013

Signature: *Dana Faith Travis*

Dana Faith Travis
Title (Corporation officer, partner or agent)

**All future notices shall be sent to the above address.**

B-1098
Revised 04/10